IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PATRICIA WHEATLEY and
JACKSON PAVELKA, DIANA MEY,

       Plaintiff,

v.                                            Civil Action No. 3:20-cv-3205

SAFE HOME SECURITY
f/k/a, a/k/a, and/or d/b/a
ALLIANCE,

       Defendant.

## NOTICE OF SETTLEMENT

       The Plaintiffs and Defendant, by and through undersigned counsel hereby notify the Court that they have fully settled the above-captioned case.  The parties reached settlement prior to the Court's mediation deadline. The parties are preparing formal settlement documents and will submit a Stipulation of Dismissal with Prejudice within 30 days from the date of this Notice.

/s/ Eric N. Roberson               /s/ Jason R. Augustine
Eric Roberson (TXSB #00792803)     Jason Augustine (TXSB # 24001672)
Kilgore & Kilgore, PLLC            Reeve Augustine Alarakhia, PLLC
3109 Carlisle Street               580 S. Denton Tap Road, Suite 120
Dallas TX 75201                  Dallas, TX 75019
enr@KilgoreLaw.com              jason@reeveaugustine.com
t: 214-379-0817                   t: 972-393-4110

*Counsel for Plaintiffs*             *Counsel for Defendant*