IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PATRICIA WHEATLEY and JACKSON PAVELKA, </br></br>  Plaintiffs, </br></br> v. </br></br> SAFE HOME SECURITY *f/k/a, a/k/a,* and/or *d/b/a* ALLIANCE, </br></br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:20-CV-3205-C |

## ORDER

The Parties have indicated to the Court that they have settled this civil action. Accordingly, this case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are **ORDERED** to file appropriate dismissal papers on or before 30 days from the date of this Order.

SO ORDERED.

Dated February 8, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE